**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**701 University Avenue, Suite 100**
**Sacramento, CA 95825**
**Tel: (916) 974-3500**
**Fax: (916) 520-3497**
**E-mail: dheller@donaldhellerlaw.com**

**ATTORNEYS FOR DEFENDANT**
**DWAIN MCGEE**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. CR. S-09-184-KJM** |
| Plaintiff, | |
| vs. | **STIPULATION MODIFYING TRAVEL RESTRICTIONS AND PROPOSED ORDER** |
| Dwain McGee, a/k/a Jeff McGee | |
| Defendant. | |

IT IS HEREBY stipulated by and between the United States of America through its undersigned counsel, Michael D. Anderson, Esq., Assistant United States Attorney, and counsel for defendant Dwain McGee, Donald H. Heller, Esq. that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from the Western District of Wisconsin from his place of residence in Western District of Pennsylvania from October 5, 2012 through October 8, 2012 for a family event in Madison, Wisconsin. U.S. Pretrial Services Officer Rebecca Guenther U.S. Probation-Pretrial Services, 700 Grant St. Suite 3330,

1

Pittsburgh, PA 15219 has consented to said modification by e-mail provided to counsel executing this stipulation.

IT IS SO STIPULATED.

Dated:   September 28, 2012                    DONALD H. HELLER,
                                               A Law Corporation

                                                /s/ *Donald H. Heller*

                                               DONALD H. HELLER
                                               Attorney for Defendant
                                               Dwain McGee

Dated:   September 28, 2012                    */s/ Michael D. Anderson*

                                               Michael D. Anderson
                                               Assistant U.S. Attorney
                                               Attorney for the United States

## ORDER

**Good cause appearing,** based on the stipulation of counsel for the parties stated above it is hereby Ordered that the restrictions on travel previously imposed upon the defendant be modified to permit the defendant to travel to and from the Western District of Wisconsin from his place of residence in Western District of Pennsylvania from October 5, 2012 through October 8, 2012 for a family event in Madison, Wisconsin.

Dated: September 28, 2012.

_____
UNITED STATES DISTRICT JUDGE